JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ARNOLD,<br><br>            Plaintiff,<br><br>       v.<br><br>PELLA CORPORATION, a corporation; and DOES 1-20 inclusive,,<br><br>            Defendants. | Case No. 2:21-CV-03493 DMG-JPR<br><br>**ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S LAWSUIT**<br><br>Hon. Judge Sherilyn Peace Garnett |

//
//
//
//
//
//
//
//
//
//

# ORDER

Based on the facts and the stipulation between Plaintiff Jason Arnold ("Plaintiff") and Defendant Pella Corporation, the Court hereby grants and approves the parties' stipulation for dismissal of the action in its entirety. This action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 20, 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT COURT JUDGE